IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON YOUNG, Ph.D.                                                                 PLAINTIFF

v.                                      No. 4:17CV00858 JLH

UNIVERSITY OF ARKANSAS
SYSTEM, *et al*.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Sharon Young. The complaint of Sharon Young is dismissed with prejudice.

IT IS SO ORDERED this 10th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE